OPINION — AG — ** REGULATIONS CONCERNING TAKING OF WHITE TAIL DEER FOR SCIENTIFIC PURPOSES ** THE TAKING OF WHITE TAIL DEER FOR SCIENTIFIC PURPOSES, UNDER 29 O.S. 1971 216 [29-216] IS PROHIBITED BY 29 O.S. 1971 243 [29-243] AT TIMES OTHER THAN DURING OPEN SEASON AND IN ANY MANNER OTHER THAN THAT PRESCRIBED BY THE OKLAHOMA WILDLIFE CONSERVATION COMMISSION. CITE: 29 O.S. 1971 216 [29-216] (FRED H. ANDERSON)